# United States Bankruptcy Court
## Southern District of Florida

In re: **Esther Couvertier**, Debtor(s)

Case No. **22-16993-RAM**
Chapter **13**

## AMENDED CERTIFICATE OF SERVICE

I hereby certify that on October 17, **2022** a copy of Debtor's 1st Amended Chapter 13 Plan (DE # 22) was served electronically or by regular United States mail to all interested parties, the Trustee and all creditors listed below.

| |
|---|
| **Cap One** |
| **Chase** |
| **Citi** |
| **Comenity Bank/vctrssec** |
| **Discover Fin Svcs Llc** |
| **Dsnb Macys** |
| **First Usa Bank** |
| **Gecrb/chevron** |
| **Gecrb/dillards** |
| **Gecrb/jcp** |
| **Lexus Financial Servic** |
| **Regions Bank** |
| **Sears/cbna** |
| **Union Planters Natl Ba** |
| **Visdsnb** |
| **Wfhm** |
| **Wfhm** |
| **Wfhm** |
| **Wfhm** |
| **Wfhm** |
| **Wfhm** |
| **Wfhm** |
| **Attorney for "The Charter Club, Inc."** <br> **Association Law Group, P.L.** <br> **C/O Joel M.Gaulkin** <br> **1200 Brickell Ave Ste 2000** <br> **Miami, FL 33131-3257** <br> **joel@algpl.com** |
| **Bankruptcy Attorney for "The Charter Club, Inc."** <br> **Orshan, P.A.** <br> **C/O Paul Orshan** <br> **701 Brickell Ave Ste 2000** <br> **Miami, FL 33131-2834** <br> **paul@orshanpa.com** |

**/s/ Diego G. Mendez**
**Diego G. Mendez 52748**
**MENDEZ LAW OFFICES**
**P.O. BOX 228630**
**Miami, FL 33172**
**305-264-9090 Fax:1-305-809-8474**
**INFO@MENDEZLAWOFFICES.COM**